R&R Forfeiture Allegations (9/28/2011)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

UNITED STATES OF AMERICA

vs.  Case No. 17-30034

RONALD ALEXANDER WILKINS

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and CDIL Rule 72.1(A)(24). The Defendant entered a plea of guilty to Count 1 of the Indictment and waived his interest and consented to the forfeiture allegations. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary as to each count, and that the offense charged is supported by an independent factual basis containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

|   |   |
|---|---|
| February 15, 2018<br>Date | s\ Tom Schanzle-Haskins<br>TOM SCHANZLE-HASKINS<br>UNITED STATES MAGISTRATE JUDGE |

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service, being the Court's electronic service, shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).